November 17, 1978

396 A.2d 10

Akers v. Akers, Appellant.

Submitted April 10, 1978. Doris A. Smith, for appellant; Jerome E. Akers, appellee, *in pro. per.*

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

HOFFMAN, J., did not participate in the consideration or decision of this case.